No. 04–9885. MORGAN *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 04–9889. COOKS *v.* NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9890. MILLSAP *v.* RYAN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9891. THOMPSON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 04–9892. WHITE *v.* WELLCARE MEDICARE. C. A. 11th Cir. Certiorari denied.

No. 04–9893. TURNER *v.* KELLY, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certiorari denied.

No. 04–9896. BOYLE *v.* PHILLIPS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 04–9898. OCEAN *v.* CUNNINGHAM, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9899. MOORE *v.* FAHEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–9900. PENIGAR *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9903. TODD *v.* LEIBACH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–9909. OSTRANDER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–9910. PAZ *v.* GONZALES, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 04–9912. COX *v.* OREGON. Sup. Ct. Ore. Certiorari denied.